■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES STURDIVANT, Appellant. [703 NYS2d 726] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Martin, J.), rendered February 18, 1997, convicting him of assault in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Under the circumstances of this case, the admission into evidence of the uncharged crime of criminal sale of a controlled substance was relevant to the defendant's motive, and the probative value of this evidence outweighed its potential for prejudice (*see, People v Maher,* 224 AD2d 549, *affd* 89 NY2d 456; *People v Burton,* 224 AD2d 438, 439; *People v Hamid,* 209 AD2d 716; *People v McDowell,* 191 AD2d 515). Further, the testimony that the defendant was a drug dealer was relevant to establish the relationship between the complainant, the eyewitness, and the defendant (*see, People v Artis,* 220 AD2d 441).

The defendant's remaining contentions are either unpreserved for appellate review (*see,* CPL 470.05 [2]), or without merit. Ritter, J. P., Altman, Luciano and Feuerstein, JJ., concur. ,